IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF COLUMBIA

| | |
|---|---|
| James D. Huffman, and City of St. Helens Oregon, by and through James D. Huffman, a taxpayer, in Trust for the Taxpayers of the City of St. Helens Oregon,<br>    PLAINTIFFS,<br>Vs.<br>Amy Lindgren, Samuel Erskine and City of St. Helens,<br>    DEFENDANTS. | Case No 21CV00852<br><br>COMPLAINT<br><br>Claim Not Subject to Mandatory Arbitration<br><br>Filing fee Established by ORS 21.160 Tort Action<br><br>Amount in Controversy $100,000 |

Comes now Plaintiff and makes this complaint against the defendants as follows:

1.

Plaintiff, in his individual capacity, is a taxpayer and citizen of Columbia County Oregon and the City of St. Helens. Plaintiff is bringing this action as a private individual, and as a taxpayer and private attorney general on behalf of the taxpayers of the City of St. Helens. Any and all damages awarded which arises from this representative capacity should become the rightful property of the citizens of the City of St. Helens and used for civic purposes for City Parks and youth sports.

2.

The City of St. Helens Oregon maintains a pretext of a municipal court but in truth and in fact it is an administrative office of the City of St. Helens within the City executive department. Defendant Amy Lindgren is the department head of this department, and her direct supervisor is

Page 1 –   COMPLAINT

1  defendant Matthew Brown, both of whom exercise joint control over the operation of the judicial
2  department. Amy Lindgren is unlawfully employed by the City of St. Helens and she is not
3  legally authorized to perform any of the duties that she purports to perform. She is fraudulently
4  usurping, under a false pretext, a position that she claims is the office of a municipal judge. In
5  truth and in fact, she is nothing more than a member of the executive department of the City of
6  St. Helens. She serves solely at the unfettered discretion of the City Council as a member of the
7  executive branch of government of the City of St. Helens, she is directly under the control of
8  defendant Matthew Brown, and she may be terminated at any time with or without cause by the
9  City of St. Helens. In accordance with the executive authority granted to her by defendant
10 Brown, she has exercised authority to direct department staff to expend city resources at her
11 whim and unfettered direction and control. This complaint seeks to recover illegal expenditures
12 authorized and directed by her, that is completely outside of any public duties of any staff
13 members of the City of St. Helens, with or without city council direction.

14                                              3.

15 The City of St. Helens charter has made provision for the purported municipal court department
16 to be a court of record, to follow all state laws in the operation of a court system, which includes
17 the Oregon Constitution which requires all judges to be elected, and which prohibits persons
18 from holding position in different branches of government, those branches being the legislative,
19 executive and judicial branches, and which prohibits one person from holding more than one
20 public office. The defendant Lindgren was not qualified to be employed in any capacity as a
21 judicial officer in the judicial branch of the city, (if there was truly such a branch) and in
22 addition, she serves and or served, at relevant times herein, as a public prosecutor for the City of
23

24 Page 2 –   COMPLAINT

Happy Valley Oregon, which is an office in the executive Branch of government, thus preventing her from performing duties in the other two branches of government, and she also holds several offices as a purported Municipal Court Judge in other municipalities in the State of Oregon, which violates the constitutional provision prohibiting one person from holding multiple lucrative public offices. The City of St. Helens has by ordinance adopted all of the state misdemeanor statutes governing criminal laws, and the entirety of the state traffic code, the direct result of which makes all of these constitutional provisions fully applicable to all of the actions of the City and of its purported public officers and agents which are complained of in this complaint.

4

On or about calendar year 2018, defendant Lindgren began receiving lucrative salary from the City of St. Helens, and continuing through the present, all of which she was not legally authorized to receive, due to her unconstitutional holding of multiple disqualifying offices, which she continues to hold throughout the period of time alleged in this complaint, and the defendant Lindgren should be required to disgorge, refund and repay all of the illegal payments to the taxpayers of the City of St. Helens.

5.

On January 3, 2019, plaintiff appeared at the Municipal Court and orally informed Defendant Lindgren that she was being disqualified from hearing a case concerning a client of the plaintiff, and that as a result she was not allowed to hear any matter or proceeding regarding the citizen. Defendant Lindgren, who at that time was no longer a judge in any sense of the word, insisted on dealing with the case she was no longer involved in, even as a usurper, and she placed a call with

Page 3 – COMPLAINT

a person who had been qualified and accepted as a pro tem judge in St. Helens. He was not at his phone. She then illegal, and without any authority, set the matter over for one week, over the strong protest of the plaintiff, who indicated to her that she could not hear a motion for her disqualification, and that she was required by law to indicate if she objected to the disqualification, and if did, a neutral judge had to try the matter and that she was not allowed to sit in judgment of her own disqualification. As a matter of Oregon law, a judge may not be a judge when she herself is a party to the dispute.

Defendant Lindgren never filed any objection to the disqualification, and attempted to usurp a judicial position that she was not qualified to occupy, all of which was objected to by the plaintiff.

6

On January 10, 2019, defendant, ordered the plaintiff handcuffed by the St. Helens Police, who she had secretly summoned, and usurped a public office she did not hold, by pretending to conduct a summary finding of contempt of court, and ordered plaintiff imprisoned in the county jail for six hours, and violated his rights and the rights of all of plaintiffs other clients. This conduct was a violation of the plaintiffs state a federal constitutional rights and is tortious, and was done with actual malice. It was maliciously and out of greed because she was paid by the hour and if she was disqualified, she would not be able to submit billable hours.

All of these acts constitute the torts of malicious prosecution, assault and battery, false imprisonment, and violation of the plaintiffs right to due process and equal protection, and interference with contract that plaintiff had with other clients, and interference with prospective

Page 4 –   COMPLAINT

advantage by driving off present and future clients out of fear of retaliation and reprisals from an out of control public official.

7

Plaintiff provided written notice required under the Oregon Tort Claim Act in a timely manner as required by law.

8

Defendant city of St. Helens was negligent for failing to properly vet the background of the defendant Lindgren, and for not providing a pro tem judge to preside over Lindgren's disqualification. The defendant was aware through its agents Matthew Brown, John Walsh, and attorney Sam Erskin that a pro tem judge was needed, and it did not take appropriate steps to assure that one was assigned. Defendant Erskin made a false representation after defendant Lindgren attempted to reach the pro tem judge who had previously presided over a case that defendant Lindgren was disqualified for, and he had no right to do so, his interference with the disqualification was an abuse of process for a malicious and improper purpose and he had no standing to object. Defendant Erskine made a false a malicious statement that the City of St. Helens had no provision for pro tem judges, when in truth and in fact, the office of pro tem judge is specifically established in the City Charter.

Wherefore, plaintiff prays for judgment in a sum to be proven at trial, not less than $100,000 on all claims asserted in his personal behalf, and on behalf of the taxpayers for the City of St. Helens in trust for the use and benefit of the taxpayers for the public purposes set forth herein, in a sum that will be discovered prior to trial, against the defendant Amy Lindgren and for any other public purpose the law allows. and for costs, and disbursements

Page 5 –  COMPLAINT

1  Dated this ___9th_____ day of January, 2021.

2  /s/ *James D. Huffman*

Page 6 – COMPLAINT

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNT OF COLUMBIA

| | |
|---|---|
| James D. Huffman, and City of St. Helens Oregon, by and through James D. Huffman in trust, for the Taxpayers of the city of St. Helens, Plaintiffs<br><br>v.<br><br>Amy Lindgren, Samuel Erskin, and City of St. Helens Oregon,<br>Defendants. | No. 21CV00852<br><br>CIVIL SUMMONS |

RECEIVED
FEB 22 2021
CITY OF ST. HELENS

TO: Amy Lindgren, 277 Strand, St. Helens OR 97051
Samuel , 277 Strand, St. Helens Oregon 97051
City of St. Helens, 265 Strand, St. Helens OR 97051

You are hereby required to appear and defend the complaint/petition filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, the plaintiff/petitioner will apply to the court for the relief demanded in the complaint/petition.

**NOTICE TO DEFENDANT/RESPONDENT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer". The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service ion the plaintiff's/petitioner's attorney or, if the plaintiff/petitioner does not have an attorney, proof of service upon the plaintiff/petitioner.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

Signature of Attorney
James D. Huffman    75185
Attorney's Name (Typed or Printed) Bar No.
52904 NW Cliff Drive Scappoose OR 97056
Office 1905 Columbia Blvd. St. Helens, Oregon 97051    (503) 397-6918

That Attorney if other than above(Typed)Bar No.

STATE OF OREGON, County of Columbia    ) ss.

I, the undersigned attorney of record for the plaintiff/petitioner certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

Attorney of Record for Plaintiff/Petitioner

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint/petition mentioned therein, upon the individual(s) or other legal entity(ices) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

Attorney for Plaintiff/petitioner

Post Office address at which papers in the above-entitled action may be served by mail:
52904 NW Cliff Drive, Scappoose Oregon 97056,    (503) 397-6918

CERTIFICATE - TRUE COPY

I hereby certify that the foregoing copy of complaint/petition is a complete and exact copy of the original.

PAGE 1 -    CIVIL SUMMONS

Notice of Removal
Defs' Ex. 2 (1 of 4)

Date: 02/22/2021

# COLUMBIA COUNTY SHERIFF'S OFFICE
## CIVIL DEPARTMENT
## RETURN ON
## SUMMONS & COMPLAINT

Page: 1

ORIGINAL

### PROCESS INFORMATION

| CAUSE NUMBER | SEQ # | COURT # | COURT NAME | INCIDENT NUMBER |
|---|---|---|---|---|
| 27411 | 1 | | COLUMBIA COUNTY CIRCUIT COURT | 21CV00852 |

| PROCESS TYPE | CURRENT STATUS | DATE RECEIVED | TIME RECEIVED | EXPIRATION DATE |
|---|---|---|---|---|
| SMC | SERVED | 02/19/2021 | 16:55 | 02/22/2021 |

| PLAINTIFF |
|---|
| HUFFMAN, JAMES D |

| DEFENDANT |
|---|
| LINDGREN, AMY |

### PROCESS STATUS

| CURRENT STATUS | # ATTEMPTS TO SERVE | DATE SERVED | DATE RETURNED TO COURT |
|---|---|---|---|
| S | 1 | 02/22/2021 08:50 | 02/22/2021 |

I, Brian E. Pixley, Sheriff, State of Oregon,
Do hereby Certify that I received the within and foregoing
on   02/22/2021   and that I served the same on the   Defendant   :   SUMMONS & COMPLAINT

**LINDGREN, AMY**

**277 STRAND ST        ST HELENS, OR   97051-**

Served at    08:50    on    02/22/2021       by **ALEX BUBAR**

Civil Summons, Complaint - SERVED TO PERSON APPARENTLY IN CHARGE - KATHY PAYNE - CITY RECORDER/HUMAN RESOURCES.

FILED
STATE OF OREGON
COLUMBIA COUNTY COURTS
2021 FEB 22 PM 1:22
TRIAL COURT ADMINISTRATOR
BY _____

Dated:   02/22/2021

Brian E. Pixley
Sheriff

By: _A. Bubar 46559_
Deputy

The copies referred to the above were certified to be true copies of the originals by:

( ) _____ Attorney for the Plaintiff.

( ) _____ The Plaintiff.

( ) _____ Clerk of the Court.

( ) _____ Me as Sheriff.

( ) 

Golden Eagle Records Management System (C)1995-2011 - Golden Eagle Law Enforcement Systems, Inc.

Notice of Removal
Defs' Ex. 2 (2 of 4)

Date : 02/22/2021

# COLUMBIA COUNTY SHERIFF'S OFFICE
## CIVIL DEPARTMENT
## RETURN ON
## SUMMONS & COMPLAINT

Page: 1

ORIGINAL

| PROCESS INFORMATION | | | | | |
|---|---|---|---|---|---|
| CAUSE NUMBER 27411 | | SEQ # 2 | COURT # | COURT NAME COLUMBIA COUNTY CIRCUIT COURT | INCIDENT NUMBER 21CV00852 |
| PROCESS TYPE SMC | CURRENT STATUS SERVED | DATE RECEIVED 02/19/2021 | TIME RECEIVED 16:55 | EXPIRATION DATE 02/22/2021 | |
| PLAINTIFF HUFFMAN, JAMES D | | | | | |
| DEFENDANT ERSKIN, SAMUEL | | | | | |

| PROCESS STATUS | | | |
|---|---|---|---|
| CURRENT STATUS S | # ATTEMPTS TO SERVE 1 | DATE SERVED 02/22/2021 08:50 | DATE RETURNED TO COURT 02/22/2021 |

I, Brian E. Pixley, Sheriff, State of Oregon,
Do hereby Certify that I received the within and foregoing
on    02/22/2021    and that I served the same on the    Defendant    :    **SUMMONS & COMPLAINT**

**ERSKIN, SAMUEL**

**277 STRAND ST    ST HELENS, OR   97051-**

Served at    08:50    on    02/22/2021    by ALEX BUBAR

Civil Summons, Complaint - SERVED TO PERSON APPARENTLY IN CHARGE - KATHY PAYNE - CITY RECORDER/HUMAN RESOURCES.

FILED
STATE OF OREGON
COLUMBIA COUNTY COURTS
2021 FEB 22 PM 4:22
TRIAL COURT ADMINISTRATOR

Dated:   02/22/2021

Brian E. Pixley
Sheriff

By: _A. Bubar 46589_
Deputy

The copies referred to the above were certified to be true copies of the originals by:

( ) _____ Attorney for the Plaintiff.

( ) _____ The Plaintiff.

( ) _____ Clerk of the Court.

( ) _____ Me as Sheriff.

( ) _____

Golden Eagle Records Management System  (C)1995-2011 - Golden Eagle Law Enforcement Systems, Inc.

Notice of Removal
Defs' Ex. 2 (3 of 4)

Date: 02/22/2021

# COLUMBIA COUNTY SHERIFF'S OFFICE
## CIVIL DEPARTMENT
### RETURN ON
### SUMMONS & COMPLAINT

Page: 1

ORIGINAL

### PROCESS INFORMATION

| CAUSE NUMBER | SEQ # | COURT # | COURT NAME | INCIDENT NUMBER |
|---|---|---|---|---|
| 27411 | 3 | | COLUMBIA COUNTY CIRCUIT COURT | 21CV00852 |

| PROCESS TYPE | CURRENT STATUS | DATE RECEIVED | TIME RECEIVED | EXPIRATION DATE |
|---|---|---|---|---|
| SMC | SERVED | 02/19/2021 | 16:55 | 02/22/2021 |

**PLAINTIFF**
HUFFMAN, JAMES D

**DEFENDANT**
CITY OF ST HELENS, JOHN WALSH CITY ADMI

### PROCESS STATUS

| CURRENT STATUS | # ATTEMPTS TO SERVE | DATE SERVED | DATE RETURNED TO COURT |
|---|---|---|---|
| S | 1 | 02/22/2021 08:50 | 02/22/2021 |

I, Brian E. Pixley, Sheriff, State of Oregon,
Do hereby Certify that I received the within and foregoing
on    02/22/2021    and that I served the same on the   Defendant   :   **SUMMONS & COMPLAINT**

**CITY OF ST HELENS,**

277 STRAND ST    ST HELENS, OR 97051-

Served at   08:50   on   02/22/2021   by **ALEX BUBAR**

Civil Summons, Complaint - SERVED TO PERSON APPARENTLY IN CHARGE - KATHY PAYNE - CITY RECORDER/HUMAN RESOURCES.

Dated:   02/22/2021

Brian E. Pixley
Sheriff

By: A. Bubar 46589
Deputy

The copies referred to the above were certified to be true copies of the originals by:

( ) _____ Attorney for the Plaintiff.

( ) _____ The Plaintiff.

( ) _____ Clerk of the Court.

( ) _____ Me as Sheriff.

( ) _____

Golden Eagle Records Management System (C)1995-2011 - Golden Eagle Law Enforcement Systems, Inc.

Notice of Removal
Defs' Ex. 2 (4 of 4)

1/9/2021 11:50 AM

# JAMES D. HUFFMAN

JAMES D. HUFFMAN

ATTORNEYS AT LAW
Mail: 52904 NW Cliff Dr. Scappoose Or
Office: 1905 COLUMBIA BLVD.
ST. HELENS, OREGON 97051

TELEPHONE: (503) 397-6918
FAX: (503) 397-6903

January 11, 2022

21CV00852

Trial Court Administrator
Columbia County Circuit Court
230 Strand
Courthouse
St. Helens OR 97051

Re: RESUBMISSION OF REJECTED FILING, RELATION-BACK DATE OF FILING REQUESTED Filing No.

I am submitting this document for filing with a request for a relation back to the original filing date of January 9, 2022 and submit the following information in support of this request for relation back treatment. I submit the following details.

a)   the date of the original submission – Saturday, January 9, 2021
b)   the date of the rejection- Monday, January 11, 2021
c)   Reason for requesting relation back – I am out of the city today, and the last date to file this in person may be today.

Please note that I included this request in the comments filed with the submission.

Thank you for your professional courtesies.

Sincerely,

*James D. Huffman*

James D. Huffman

**Notice of Removal
Defs' Ex. 3 (1 of 1)**